Lauren Keller Katzenellenbogen (SBN 223370)
lauren.keller@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Ph: (949) 760-0404
Fax: (949) 760-9502

Attorneys for Plaintiff
**LA QUINTA ARTS FOUNDATION**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA QUINTA ARTS FOUNDATION, a California corporation,<br><br>Plaintiff-Counterdefendant<br><br>v.<br><br>CITY OF LA QUINTA, a California municipal corporation,<br><br>Defendant-Counterclaimant. | Case No. 5:21-cv-00515-JGB-KK<br><br>Hon. Jesus G. Bernal<br><br>**NOTICE OF SETTLEMENT BETWEEN LA QUINTA ARTS FOUNDATION AND CITY OF LA QUINTA AND REQUEST FOR STAY** |

Pursuant to Local Rule 16-15.7 and the Court's Civil Trial Scheduling Order (Dkt. 52), Plaintiff La Quinta Arts Foundation ("LQAF") and Defendant City of La Quinta ("The City") hereby provide notice to the Court that LQAF and The City (the "Parties") have reached an agreement in principle that will resolve all pending claims and counterclaims between LQAF and The City in the above-referenced action. Counsel for LQAF and The City are currently drafting a settlement agreement, which they anticipate finalizing within the next 30 days.

In the meantime, while the Parties work to finalize the settlement terms, the Parties respectfully request that the Court not administratively close the case but stay all remaining dates in this action to allow the Parties time to finalize the settlement.

                Respectfully submitted,

                KNOBBE, MARTENS, OLSON & BEAR, LLP

Date: September 13, 2022      */s/ Lauren Keller Katzenellenbogen*

                Lauren Keller Katzenellenbogen

                Counsel for Plaintiff,
                LA QUINTA ARTS FOUNDATION